# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 28 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

United States of America )
v. )
MICHAEL LAVON RORRER ) Case No: 4:03CR70081-001
) USM No: 10214-084
Date of Previous Judgment: 03/25/2008 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____  Criminal History Category: _____
Previous Guideline Range: ___ to ___ months     Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS
By Order dated March 25, 2008, Defendant was granted a reduction to the statutory minimum applicable for his offense [ECF No. 51]. Application of Amendment 750 would not result in a further reduction and Defendant's Motion [ECF No. 54] is, therefore, denied.

Except as provided above, all provisions of the judgment dated 03/25/2008 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11-28-11

Judge's signature

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
Printed name and title